| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
| :--- | :---: | :--- |
| | § | |
| | § | |
| v. | § | NO. 1:22-CR-75 |
| | § | |
| | § | |
| JAMES DOUGLAS SIMON | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**<u>REPORT AND RECOMMENDATION</u>**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. finding the Defendant violated the first allegation in the petition that he failed to follow a special condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the defendant to a term of 12 months' imprisonment, which shall include 178 days' unserved community confinement (converted to an equivalent term of imprisonment), to be served at the Federal Correctional Institution in Bastrop, Texas, if the Bureau of Prisons can accommodate such request with two years of supervised release to follow. The court adopts the magistrate judge's findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed

findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and James Douglas Simon's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 22nd day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE